

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00501-CV

Cecilia A. **SANCHEZ**,
Appellant

v.

Vicky Brigida **ESQUIVEL** & Javier Esquivel,
Appellees

Val Verde County, Texas
Trial Court No. SC18-009
Honorable Jim Bob Barrera Senior, Judge Presiding

# O R D E R

Appellant filed a notice of appeal in this court seeking to appeal a judgment entered by a justice court. This court does not have jurisdiction to consider a direct appeal from a justice court. *See* TEX. R. CIV. P. 506 (providing for appeal to county court). It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court